■ MICHAEL SUIB, Appellant, v JEANE SUIB, Respondent. [602 NYS2d 562] —Levine, J. Appeal from a judgment of the Supreme Court (Bradley, J.) granting defendant a divorce, entered September 25, 1992 in Ulster County, upon a decision of the court.

In the procedural posture of this action at the time and in view of the then-unrefuted defense alleged in plaintiff's reply to defendant's second counterclaim for divorce, based upon the ground of living apart pursuant to a separation agreement, it was error for Supreme Court to have granted defendant judgment on that counterclaim *(see, Matter of Fertig,* 184 AD2d 1015).

Weiss, P. J., Yesawich Jr., Mercure and Mahoney, JJ., concur. Ordered that the judgment is reversed, on the law, without costs.